FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 15 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS JOSEPH TINDALL | Criminal Information<br><br>No. 1:21-CR-466-ELR |

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about February 18, 2020, and continuing through on or about February 20, 2020, in the Northern District of Georgia and elsewhere, the defendant, NICHOLAS JOSEPH TINDALL, willfully and knowingly made and caused to be made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department and agency of the United States, that is, the United States Department of Justice, Federal Bureau of Investigation ("FBI"), during an investigation. Specifically, the defendant, at a time when he knew that FBI special agents were conducting a criminal investigation involving potential attacks upon United States citizens and infrastructure, including water and electricity facilities, falsely stated and represented to the agents that he had not participated in discussions about attacking certain infrastructure in the United States, including water and

electricity facilities, when, as the defendant then well knew, he had participated in such discussions with others about such attacks.

All in violation of Title 18, United States Code, Section 1001(a)(2).

KURT R. ERSKINE
  *Acting United States Attorney*

RYAN K. BUCHANAN
  *Assistant United States Attorney*
Georgia Bar No. 623388

MATTHEW S. CARRICO
  *Assistant United States Attorney*
Georgia Bar No. 538608

600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2