FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 15 2021

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS JOSEPH TINDALL | **WAIVER OF INDICTMENT**<br><br>Criminal Action No.<br><br>1:21-CR-466-ELR |

I, NICHOLAS JOSEPH TINDALL, the above-named defendant, who is accused of making a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department and agency of the United States, that is, the United States Department of Justice, Federal Bureau of Investigation ("FBI"), during an investigation, in violation of Title 18, United States Code, Section 1001(a)(2), being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on November 15, 2021, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Nicholas Joseph Tindall
Defendant

_____
Suzanne Hashimi
Counsel for Defendant

Before [signature] 11/15/21
_____
Judicial Officer