U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2021R00990)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
NOV 17 2021
KEVIN P WEIMER, Clerk
By: Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | | |
|---|---|---|
| COUNTY NAME: Fulton | | DISTRICT COURT NO. 1:21-CR-466 |
| | | MAGISTRATE CASE NO. |
| Indictment | X Information | Magistrate's Complaint |
| DATE: | DATE: November 15, 2021 | DATE: |

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>NICHOLAS JOSEPH TINDALL | SUPERSEDING INFORMATION<br>Prior Case Number:<br>Date Filed: |

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?    Yes   X No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?    X Yes   No
Defendant is released on bond from: Northern District of Georgia on September 17, 2020
Will the defendant require an interpreter?    Yes   X No

District Judge: Eleanor L. Ross

Attorney: Ryan K Buchanan
Defense Attorney: Suzanne Hashimi