IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| ) | 1:21-CR-466-ELR-RDC |
| vs. ) | |
| ) | |
| NICHOLAS TINDALL ) | |
| ) | |

SENTENCING MEMORANDUM

COMES NOW the Defendant, NICHOLAS TINDALL, by and through undersigned counsel and respectfully requests the Court to impose a sentence of probation and submits the attached to letters for the Court's consideration. In support of his request for probation, Defendant shows as follows:

(1)

The government and Mr. Tindall reached a negotiated plea agreement in the above-styled case and entered a plea of guilty. Doc. 3. The guilty plea was entered pursuant to Rule 11(c)(1)(C), that is, a binding plea to a five year term of probation. At the conclusion of the plea colloquy, the Court accepted the plea.

(2)

Mr. Tindall's total adjusted offense level is 12 and his criminal history category is I with a resulting guideline range of 10 to 16 months. Neither the

government nor Mr. Tindall submitted any objections to the presentence report. The government and Mr. Tindall submit that a sentence of probation is a reasonable sentence in the instant case.

(3)

Both of Mr. Tindall's parents have written letters on behalf of their son which they urge the Court to consider prior to sentencing.[1]

WHEREFORE, Mr. Tindall respectfully requests that the Court consider the attached letters and impose a sentence of probation.

Dated: This 9th day of March, 2022.

                                                     Respectfully submitted,

                                                    /s/ *Suzanne Hashimi*
                                                    Suzanne Hashimi
                                                    Georgia State Bar No. 335616
                                                    Attorney for Nicholas Tindall

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax 404-688-0768
Suzanne_Hashimi@fd.org

---

[1] The letters are attached as Exhibit 1.

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Sentencing Memorandum has been formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

>Ryan Buchanan, Esq.
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia  30303

Dated:  This 9th day of March, 2022.

>/s/ *Suzanne Hashimi*
>Suzanne Hashimi
>Georgia State Bar No. 335616
>Attorney for Nicholas Tindall

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax 404-688-0768
Suzanne_Hashimi@fd.org