# EXHIBIT 1

Dear Judge Ross,

My name is Christy Tindall and I am writing to you about my son, Nicholas Tindall. Nick is our oldest. He has 2 younger sibling, Ben and Kate, and is currently living with us in Alpharetta.

At our first parent-teacher conference when Nick was in kindergarten we were told he was the most polite child she had ever taught. That he was a good influence on the other kids and they had also started saying yes ma'am and no ma'am. He was always well liked by teachers and only got in trouble in elementary school for reading Harry Potter during math class. His nickname from family members was the professor.

As an adult we've been told by his current employer that Nick is an extremely hard worker and never complains. He's held a steady job since he was 16. He started at our local Domino's pizza and was asked to be an assistant manager the day he turned 18. He worked there until leaving for the Marine corp.

Since moving back home he has been very polite and cooperative with anything we've asked him to do. He was a great help during the pandemic going to the grocery and running any errands we needed so we would not have to risk going out. If allowed probation I believe he will continue working full time and going to college to complete his associates degree in business. With continued support from us and his therapist I believe Nick will be a valuable member of the community.

Thank you for taking the time to read this and hopefully it gives you a better insight into the son that I know and love.

Sincerely,
Christy Tindall

Dear Judge Ross,

My name is Brian Tindall and I am the father of Nicholas Joseph Tindall. Nick is our oldest living child and brother to two younger siblings. Currently he lives with my wife and I in the northern suburbs of Atlanta.

Nick has always been an intelligent and kind person, willing to go above and beyond for his family and friends. When Nick was very young, maybe 8 or 9 years old he was always willing to help others. He frequently would help me with yard work without complaint and even would help shovel the neighbors driveways when we lived in Southern Indiana. In middle school he would help me with setting up and breaking down the gym for sporting events working in the concession stand, gate or scoreboard. As a teammate Nick would frequently encourage others and be there for them. He began wrestling in middle school and that passion for competition carried on into high school.

During high school he would also participate in Habitat for Humanity builds in northern Georgia. During these I would see him working hand and hand with other members of our church. At one of these builds I took note of how Nick would lend a hand to anyone on the site that needed help. Regardless of religion or race he would work with anyone to accomplish the mission at hand.

After Nick entered the Marine Corp. He tested at the top of the ASVAB scale. According to his recruiter Nick tested higher than any other recruit that year. Due to his exceptional score Nick was able to receive a MOS as an Intelligence Specialist.

After returning home from the Marines Nick has held jobs as a Security Officer, Assistant Store Manager and most recently server. We got to know his current employer who described Nick as an exceptional employee who is always willing to do what he is asked without question. He currently works on an ethnically diverse team. I have observed him at work and everyone seems to really enjoy working together. In each of his jobs since returning home there have not been any conflicts and/or employment issues for Nick.

Since being charged Nick has been very cooperative and followed the guidelines provided by the court on curfew. He has kept regular appointments with a therapist and often discusses the progress he is making. His focus has visibly shifted to that of family, work and school.

I can confidently say Nick is a better man today and working hard towards putting this chapter of his life behind him.

Sincerely,

Brian Tindall