IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )        CRIMINAL CASE NO.
                                  )        1:21-cr-00466-ELR-1
NICHOLAS JOSEPH TINDALL           )
_____ )

## **NOTICE OF APPEARANCE**

Keenen Twymon of the Federal Defender Program, Inc. herein files notice of

his appearance and respectfully requests that he be added as Counsel for Defendant,

Nicholas Joseph Tindall in the above-captioned case.

Respectfully submitted this 28th day of May 2026.

*/s/ Keenen J. Twymon*
State Bar No. 994921
Attorney For Nicholas Joseph Tindall

FEDERAL DEFENDER PROGRAM, INC.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
keenen_twymon@fd.org